Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Eastern District of New York

Caption:

U.S.A. v.

Long Hui Lin

Docket No.: 20-cr-00452-002 (RPK)

Rachel P. Kovner
(District Court Judge)

Notice is hereby given that Long Hui Lin appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other [ ] _____ (specify) entered in this action on 9/10/2021 (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence ✔   Other [ ]

Defendant found guilty by plea ✔ | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987? Yes ✔  No [ ]  N/A [ ]

Date of sentence: September 8, 2021   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed ✔   N/A [ ]

Appellant is represented by counsel? Yes ✔ | No [ ]   If yes, provide the following information:

Defendant's Counsel: Howard Greenberg
Counsel's Address: 86 Court Street Brooklyn, NY 11201
hgreenberglaw@aol.com
Counsel's Phone: 718-797-1800

Assistant U.S. Attorney: Rachel Shanies
AUSA's Address: U.S. Attorney's Office, Eastern District of New York 271 Cadman Plaza East Brooklyn, NY 11201
rachel.shanies@usdoj.gov
AUSA's Phone: 718-254-6140

/S/ Tsz Chan, deputy to Judge Kovner
Signature